UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZETTIA JAMAL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>THOMPSON & ASSOCIATES, P.C.,<br><br>    Defendant(s). | No. C09-4249 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Inasmuch as no case management statement has been filed and plaintiff has moved for entry of a default judgment, **IT IS ORDERED** that the case management conference scheduled for December 28, 2009 is continued to **Monday, February 22, 2010 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall serve a copy of this Order on defendant.

Dated: December 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JAMAL V. THOMPSON\ORDER CONTINUING CMC.wpd

1