UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZETTIA JAMAL,<br><br>      Plaintiff(s),<br><br>v.<br><br>THOMPSON & ASSOCIATES, P.C.,<br><br>      Defendant(s). | No. C09-4249 BZ<br><br>**ORDER SCHEDULING DEFAULT JUDGMENT HEARING** |

It is **HEREBY ORDERED** that a hearing on plaintiff's application for default judgment is scheduled for **Wednesday, February 3, 2010 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. *See* 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F. Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)). The public website https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has

1

instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.

Plaintiff should be prepared to prove her damages by competent testimony or other admissible evidence. If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all evidence, proper foundations must be established. For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Plaintiff should note that the decision to award statutory damages under the Fair Debt Collections Practices Act ("FDCPA"), and the size of such award, is left "to the sound discretion of the district court." <u>Savino v. Computer Credit</u>, 164 F.3d 81, 86 (2d Cir. 1998). In making a determination regarding whether to award statutory damages under the FDCPA, "the court shall consider, among other relevant factors . . . the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, and the extent to which such noncompliance was intentional." 15 U.S.C. § 1692(k)(b).

Defendant should attend the hearing if it contests the validity or amount of plaintiff's claim. Seven days before the hearing, on **Wednesday, January 27, 2010**, plaintiff shall

///

///

file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated: December 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JAMAL V. THOMPSON\SCHED ORDER.wpd