Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DEZETTIA JAMAL

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZETTIA JAMAL | Case No.: C09-4249-BZ |
| Plaintiff, | |
| vs. | REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE |
| THOMPSON & ASSOCIATES, P.C. | |
| Defendant. | Date: February 3, 2010<br>Time: 11:15 am<br>Place: Ctrm G, 15th Floor |

The undersigned counsel of record for plaintiff Dezettia Jamal hereby respectfully request the Court's permission to participate by telephone in the Order Scheduling Conference scheduled for February 3, 2010 at ~~11:15 am~~ 10:00 a.m. The basis of this request is that counsel's office is located in Los Angeles County, California and telephonic participation in the Scheduling Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Francisco. For the convenience of the Court and parties, the undersigned will appear by calling from 323-988-2400, of if the Court prefers, counsel will coordinate a toll-free conference call number for use in conducting the Scheduling Conference if the requested relief is granted.

Respectfully Submitted,

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE

| | | |
|---|---|---|
| 1 | DATED: January 28, 2010 | KROHN & MOSS, LTD. |
| 2 | | |
| 3 | | By: /s/ Ryan Lee |
| 4 | | Ryan Lee<br>Attorney for Plaintiff |

**GRANTED.**

Plaintiff's counsel can appear by phone at 10:00 a.m. and may call the Court at 415-522-4093, but will not be allowed to cross-examine defendant if it appears.

DATED: 1/28/2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Bernard Zimmerman]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEZETTIA JAMAL,              )
                             )
     Plaintiff,              )
                             )
v.                           )    Case No.
                             )    C09-4249-BZ
                             )
THOMPSON & ASSOCIATES, P.C., )
                             )
     Defendant.              )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO APPEAR TELEPHONICALLY was sent via THE COURT'S ELECTRONIC FILING SYSTEM:

Dated: January 28, 2010

/s/ Ryan Lee, Esq.

Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DEZETTIA JAMAL