UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEZETTIA JAMAL,            )
                          )
          Plaintiff(s),   )      No. C09-4249 BZ
                          )
     v.                   )
                          )      **ORDER FOR REASSIGNMENT**
THOMPSON & ASSOCIATES, P.C.,)
                          )
                          )
          Defendant(s).   )
_____)

In view of the Report and Recommendation dated February 3, 2010, and defendant having failed to consent to or decline magistrate judge jurisdiction, **IT IS ORDERED** that the clerk shall **REASSIGN** the above-captioned case to a District Judge immediately.

Dated: February 3, 2010

_____
                Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-BZCASES\JAMAL V. THOMPSON\ORDER FOR REASSIGNMENT.wpd