UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEZETTIA JAMAL,
      Plaintiff(s),

v.

THOMPSON & ASSOCIATES, P.C.,
      Defendant(s).

No. C09-4249 BZ

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation dated February 3, 2010, and defendant having failed to consent to or decline magistrate judge jurisdiction, **IT IS ORDERED** that the clerk shall **REASSIGN** the above-captioned case to a District Judge immediately.

Dated: February 3, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JAMAL V. THOMPSON\ORDER FOR REASSIGNMENT.wpd