UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEZETTIA JAMAL,

   Plaintiff,

vs.

THOMPSON & ASSOCIATES, P.C.,

   Defendant.

No. C-09-04249 MHP (BZ)

**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION FOR DEFAULT JUDGMENT AND JUDGMENT THEREON**

  This matter having been assigned to Magistrate Judge Bernard Zimmerman pursuant to this District's assignment system and a Report and Recommendation having been filed on February 2, 2010, with respect to plaintiff's motion for default judgment, and having been referred to this court pursuant to Federal Rule of Civil Procedure 72(b) and Civil Local Rule 72-3 in accordance with 28 U.S.C. section 636(b)(1)(B) and (C), and notice having been given of the filing of the Report and Recommendation, and no timely objection having been filed,

  IT IS HEREBY ORDERED AND ADJUDGED that the foregoing Report and Recommendation is adopted in its entirety and default judgment is hereby entered as follows:

  Plaintiff DEZETTIA JAMAL shall recover from the defendant THOMPSON & ASSOCIATES, P.C., the amount of $600.00 statutory damages with post-judgment interest thereon at the rate of 0.39 %, along with her costs of action in the amount of $350.00 and attorneys' and paralegal fees in the amount of $2,106.50,

  The Clerk of Court shall close the file.

Date: February 24, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California